United States District Court
Southern District Of Indiana

**FILED**

**3:44 pm, Jul 15, 2020**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
Roger A.G. Sharpe, Clerk

John Sims,
   Plaintiff,

— V—          2:20-cv-364-JMS-MJD

Case No.

2:20-cv-00364-JMS-MJD

Officer Pletch, Sgt. S. Vonschorck,
Officer Ms. Ellis, Dr. Marr Sims,
Assistant Superintendent Kevin Gilmore
Assistant Superintendent LittleJohn, for
Wabash Valley Correctional Facility, Individually,
And Their Official Capacities.
          Defendant(S)

# COMPLAINT
## I. Jurisdiction & Venue

1. This Civil Action Authorized By 42 U.S.C. Section 1983
To redress The Deprivation under Color of State Law, of right
Secured By The Constitution of The United States, The Court
has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (2)(3),
Plaintiff Sims seeks Declaratory relief Pursuant To 28 U.S.C.
Section 2201 And 2202. Plaintiff Sims Claims for Injuctive
relief for Wabash Valley Correctional Facility To Transfer him
Away From Wabash To Another Prison And Any Other relief The
Court will Grant The Plaintiff Authorized By 28 U.S.C.
Section 2285 & 2284 And Rule 65 of The Federal Rules
Of Civil Procedure.

2. The Southern District Of Indiana is An Appropriate Venue under 28 U.S.C. Section 1391 (b) (2) Because it is where The events giving rise To This Claim OCCurred.

## II. PLAINTIFF(S)

3. Plaintiff Sims, is And was At All Times mentioned In A Indiana Prisoner of The State of Indiana in The Indiana Department Of Corrections. He is Currently Confined in Wabash Valley Correctional Facility, Carlisle, Indiana.

## III. DEFENDENT(S)

4. Defendant Officer Pletch is A Officer At Wabash Valley Correctional Facility At The Time, He is Legally responsible For The Plaintiff John Sims Cutting him-self, And

5. Defendant Sgt. S. vonschorck is A Sergeant At Wabash Valley Correctional Facility At The Time, He is Legally responsible for The Plaintiff John Sims Cutting him-self, And

6. Officer MS. Ellis is A Officer At Wabash Valley Correctional Facility At The Time, she is Legally responsible for The Plaintiff John Sims Cutting him-self, And

7. Defendant DR. Mary Sims is A Doctor At Wabash Valley Correctional Facility At The Time, She is Legally responsible for The Plaintiff John Sims Cutting him-self, And

8. Defendant Assistant Superintendent Kevin Gilmore is A Superintendent At Wabash valley Correctional Facility At The Time, He is Legally responsible for The Plaintiff John Sims Cutting him-self, And

9. Defendant Assistant superintendent Little John is A Superintendent At WaBash valley Correctional facility At The Time, He is Legally responsible for The Plaintiff John sims Cuting him-self, And

# IV. FACTS

10. While housed At WaBash valley Correctional facility Sicen 2019 Of April. The Plaintiff John sims Ben Trying To get mental Health Treatment And medical care Trentment from The Staff's Of WaBash valley Correctional facility. And

11. On June 21, 2020 The Plaintiff John sims Told officer Pletch, Officer Ms. Ellis And Sgt. S. Vonschoyck And other staff's That He was Suicidal And They Refuse him mental Health And medical Treatment And These Are All Defendant(s) In This Complaint. And

12. On June 21, 2020 when The Plaintiff ~~Defendant~~ John sims Told The Defendant Sgt. S. Vonschoyck That he was suicidal, He Told The Plaintiff O well you Should watch who you fire Grievance on And That He Dont like Black people or care for Black people And If I was white That he would help me. And

13. The Plaintiff John sims have fite Grievances on The Defendant Sgt. S. Vonschoyck for many other reasons. And

14. On June 21, 2020 when The Plaintiff John sims Told Defendant officer Ms. Ellis That He was suicidal she Try To help The Plaintiff At first Then came To The Plaintiff John sims Cell 410 And Told me That Her Sergeant Defendant Sgt. S. Vonschoyck Told her

not To help me cause I like To file paperwork on Staff's. And

15. Sicen The Plaintiff John Sims Ben At WaBash valley Correctional Facility He have file A Lot of paperwork on Staff's here At WaBash valley Correctional Facility. And

16. On June 21, 2020. When The Plaintiff John Sims Told The Defendant Officer Pletch That he was Suicidal, He said he Dont Care And Did not Do nothing! Then He Came Back To The Plaintiff John Sims Cell m-410 And Told him Your The one who file A Grievance on me for not wearing A face Mask In The Day Room And I Said Yea And he said now You Want me To help You Pice of Black Shit And Walk away. And

17. The Plaintiff John Sims Did file A Grievance on Defendant Officer Pletch for not wearing A face mask in The Dayroom An m-Dorm, And

18. The Plaintiff John Sims Ben Trying To get medical And mental Health Care Treament from Defendant(s) SGt. S. Vonschoyck, Defendant Officer Ms. Ellis And Defendant Officer Pletch on June 21, 2020. from 7:30 A.m. Until 12:00 P.m. And It's All On video In m-Dorm on The Right Side. And

19. When And After The Plaintiff John Sims Try To get Treatment for more Then 2 hours from Defendant SGt. S. Vonschoyck, Defendant Officer Ms. Ellis And Defendant Officer Pletch The Plaintiff John Sims Stared To Cut on his Arm When he was Comeing Back from Lunch After The Plaintiff John Sims Told These Defendant(s) He was Suicidal And They Did not Do nothing for him Until After he cut him-self. And

20. The Nurse who had seen The Plaintiff John Sims for cutting him-self Told Defendant Sgt. S. vonschoyek That The Plaintiff Should Been Put on Suicide    watch Since 8:15 A.m. on June 21, 2020, Because Defendant DR. mary sims Put him on It And Defendant Sgt. S. vonschoyck said he Did not No And That no one Told him, But The Nurse said she Told The Officer In M-Dorm, And

21. Defendant DR. mary sims should made Sure The Plaintiff John sims was Put on Suicide watch And made sure his mental Health And medical Treatment was Taken care. And

22. Defendant Assistant superintendent Kevin Gilmore And Defendant Assistant Superintendent Little John is responsible for The Plaintiff John sims Cutting him-self And nothing Ben Done Because Both of The Defendant's Are over The Prison And is souppse To make sure The Staff's Are Doing Their Jobs And That The Plaintiff is safe And getting The right medical And mental Health Treatment he souppse To, And

23. The Plaintiff John sims have Ben writting Both Defendant's) Assistant superintendent Little John And Assistant Superintendent Kevin Gilmore Trying To make sure he get medical And mental Health Treatment Since he Ben here At Wabash valley Correctional facility. And The Plaintiff have not Ben getting The Right Treatment. And

24. Defendant DR. mary sims Is The head mental Health Doctor At Wabash valley Correctional facility And Is still not making sure The Plaintiff John sims get The Right mental Health

Treatment, And

25. Sicen The Plaintiff John Sims Ben At Wabash Valley Correctional facility Sicen April of 2029 he Ben Refuse mental Health And medical Treatment And we Are now In 2020 Of July And The Plaintiff John Sims is Still getting Refuse Medical Treatment And mental Health Treatment By The Defendant(S) And other staff's At Wabash Valley Correctional facility, And

26. The Plaintiff John Sims is Still getting Refuse Treatment And his life is In Danger By his-self And The Defendant(S) Cause The Plaintiff John Sims Keep on cutting him-self And Trying To Kill him-self And The Defendant(S) And other staff(S) Are not getting him The Right medical And mental Health Treatment And The Plaintiff Can Die So The Defendant(S) In This Complaint is Putting The Plaintiff John Sims life At Risk, And

27. The Plaintiff John Sims Did file A Grievance on All Issue's In This Complaint As EXHiBit A See. And

28. The Plaintiff John Sims is sending Request's for Interviews As EXHiBit B Showing That he Try To get medical And mental Health Treatment Sicen he Ben here At Wabash Valley Correctional facility. And

29. All These Issue's Are True That Are In The Plaintiff John Sims Complaint.

# V. Legal Claims

30. Plaintiff John Sims reallege And In Corporate By reference Paragraphs 1-29.

31. Defendant(s) officer Pletch, Defendant Sgt. S. vonschoyck, Defendant officer Ms. Ellis, Defendant DR. Mary Sims, Defendant Assistant Superintendent Kevin Gilmore, Defendant Assistant Superintendent LittleJohn Did Violates Plaintiff John Sims United States Constitution Rights, miranda Rights, And 8Th Amendment. And

32. Defendant(s) officer Pletch, Defendant Sgt. S. Vonschoyck Defendant officer Ms. Ellis, Defendant DR. Mary Sims, Defendant Assistant Superintendent Kevin Gilmore And Defendant Assistant Superintendent LittleJohn Cause Injury By emotional Distress, Suffering And mental Anguish, As They Did So Knowingly And Intentonally.

# VI. PRAYER FOR RELIEF

wherefore, Plaintiff respectfully Pray That This Court enter Judgement.

33. Granting Plaintiff John Sims A Declaration That The Acts And omissions Described heroin Violate his Rights Under The Constitution And Laws of The United States, And

34. Granting Plaintiff John Sims Punitive Damages in The Amount Of $ 75,000.00 Dollars Against The Defendant(s) In This Complaint And Severally So.

35. Granting plaintiff John Sims Compensatory Damages In The Amount of $15,000.ºº Dollars Against The Defendant(s) In This Complaint And severally So.

36. A Preliminary And Permenent InJuction ordering The Defendant(s) In This Complaint To Transfer The Plaintiff To Another Prison.

37. Plaintiff Also Seeks A Jury trial on All Issue's Triable By Jury.

38. Plaintiff Also Seeks recovery of his Costs In This suit, And

39. Any Additional relief This Court Deems Just, Proper, And excitable.

Dated 7- -2020

John Sims #232623
Wabash valley Correctional facility
P.O. Box 1111
Carlisle, IN 47838

# VERIFICATION

I have read The foregoing Complaint And here-By verify That The matters Alleged There in Are True, except As To matters Alleged on Information And Belief, And, As To Those, I Believe To Be True. I Certify under Penalty of PerJury That The foregoing is true And Correct.

Executed At Carlisle, Indiana

July        , 2020

X John Sims

John Sims