UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOHN SIMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:20-cv-00364-JMS-MJD |
| ) | |
| PLETCH Officer; for Wabash Valley Correctional Facility, Individually and in their official capacities, ) ) ) | |
| S. VONSCHOYCK Sgt.; for Wabash Valley Correctional Facility, Individually and in their official capacities, ) ) ) | |
| LITTLEJOHN Assistant Superintendent; for Wabash Valley Correctional Facility, Individually and in their official capacities, ) ) ) | |
| KEVIN GILMORE Assistant Superintendent; for Wabash Valley Correctional Facility, Individually and in their official capacities, ) ) ) | |
| ELLIS Ms., Officer; for Wabash Valley Correctional Facility, Individually and in their official capacities, ) ) ) | |
| MARY SIMS Dr.; for Wabash Valley Correctional Facility, Individually and in their official capacities, ) ) ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

The Court having this day made its Entry directing the entry of final judgment, now enters

FINAL JUDGMENT and this action is dismissed with prejudice.

Date: 8/12/2020

*Jane Magnus-Stinson* (signature)
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Roger A. Sharpe, Clerk of Court

By: _____ (signature)
Deputy Clerk

Distribution:

JOHN SIMS
232623
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838